UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGIS PARWANI, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COLLECTION BUREAU OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 3:16-cv-01349-H-RBB<br><br>**ORDER GRANTING EX PARTE MOTION REQUESTING ATTORNEYS-ONLY TELEPHONIC APPEARANCE FOR COLLECTION BUREAU OF AMERICA AT THE EARLY NEUTRAL EVALUATION CONFERENCE [ECF NO. 11]** |

　　　The Court has considered the Ex Parte Motion Requesting Attorneys-Only Telephonic Appearance for Collection Bureau of America at the Early Neutral Evaluation Conference [ECF No. 11]. Good cause appearing, the Ex Parte is GRANTED. The early neutral evaluation conference, set for August 17, 2016, at 1:30 p.m., is converted to a telephonic attorneys-only early neutral evaluation conference. Counsel for Plaintiff is to initiate the call.

　　　IT IS SO ORDERED.

DATED: August 11, 2016

　　　　　　　　　　　　　　　　　　　　／s／ Ruben Brooks
　　　　　　　　　　　　　　　　　　　　Hon. Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge